**HENNIS v BLENDON LODGE No 339**

Ohio Appeals, 2nd Dist, Franklin Co

No 2225.   Decided Jan 10, 1933

Tussing & Lane, Columbus, for plaintiff in error.

Ralph Henney, Columbus, for defendant in error.

ALLREAD, J.

We have carefully examined the record and read and considered the briefs of counsel and also considered the judgment of the Court of Common Pleas and the written opinion of Judge Leach. We are clearly of opinion that Judge Leach was right in affirming the judgment and we rest our affirmance of his judgment upon his written opinion. Judgment affirmed.

HORNBECK and KUNKLE, JJ, concur.